# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-5179
_____

WILLIAM WALLACE,

　　Appellant,

　　v.

FLORIDA COMMISSION ON
OFFENDER REVIEW,

　　Appellee.

_____

On appeal from the Circuit Court for Leon County.
Charles W. Dodson, Judge.

May 15, 2019

PER CURIAM.

　　DISMISSED.

ROWE, JAY, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

William Wallace, pro se, Appellant.

Rana Wallace, General Counsel, and Mark Hiers, Assistant General Counsel, Florida Commission on Offender Review, Tallahassee, for Appellee.